PHILIP CAPRIO et al., Respondents, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Appellants, et al., Defendant.

Submitted August 17, 2015; decided September 17, 2015

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 25 NY3d 744 (2015)].